UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

RECEIVED
2026 OCT 29 PM 2:26
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

Jacob Tanner Dunham )
Plaintiff )
)
vs. ) Case No. 4:26-CV-01013
)
Bill Gates )
Defendant Microsoft Inc. )

## AFFIDAVIT OF FINANCIAL STATUS

I, Jacob Dunham, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

**I. MARITAL STATUS AND PERSONAL DATA**

A. Single: ☑ Married: ☐ Separated: ☐ Divorced: ☐

B. Name of Spouse ____________________

C. Age of plaintiff, petitioner or complainant: 41

D. Age of spouse: ____________________

E. Address of plaintiff, petitioner or complainant:
324 W Marion Edna, KS 67342

Telephone: 620-474-1710 (1620 212-9166)
620-238-0070

F. Address of spouse: ____________________

Telephone: ____________________

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

## II. EMPLOYMENT

A. Name of employer: (Unemployed)

Address of employer:__________

Employer's telephone:__________ Length of employment:______

Job title or description:__________

Net Income: Monthly $______ Weekly $______

Gross Income: Monthly $______ Weekly $______

Does employer provide health insurance: Yes ☐ No ☐

If employer provides health insurance, describe coverage:__________

B. Previous employment (Answer only if presently unemployed).

Name of employer: Carters Auto Parts

Address of employer: Coffeyville KS

Employer's telephone:________ Length of employment:________

Job title or description:__________

Net Income: Monthly $ 400 Weekly $______

Gross Income: Monthly $______ Weekly $______

C. Employment of spouse:

Name of employer:__________

Address of employer:____________________________________

Employer's telephone:____________ Length of employment:_____

Job title or description:__________________________________

Net Income: Monthly $________ Weekly $__________

Gross Income: Monthly $________ Weekly $__________

## III. FINANCIAL STATUS

(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A. Owner of real property? Yes ☐ No ☒

If yes - Description:____________________________________

Address:____________________________________________

In whose name?_______________________________________

Estimated value:______________________________________

Total amount owed:____________________________________

Owed to:___________________________________________

Annual income from property:_____________________________

B. Owner of automobile: Yes ☒ No ☐

If yes - Number of automobiles owned:______________________

Make Cryster Model Aspen Year 2009

Make________ Model________ Year________

In whose name registered? Kathy worth - Agent

Present value: 3000.

Amount owed on the automobile(s): 0

Owed to: 0

Monthly payment(s): 0

C. Cash on hand: (Include checking and savings accounts)

$ 60.00

List names and addresses of banks and associations:

Please do not state account numbers:

D. Have you received within the past 12 months any money from any of the following sources:

| | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | ☐ | ☐ |
| Pensions, trust funds, annuities or life insurance payments? | ☐ | ☐ |
| Gifts or inheritances? | ☐ | ☐ |
| Welfare payments? | ☐ | ☐ |
| ADC or other governmental child support? | ☐ | ☐ |
| Unemployment benefits? | ☐ | ☐ |
| Social Security benefits? | ☐ | ☐ |
| Other sources? | ☐ | ☐ |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

## IV. OBLIGATIONS

A. Monthly rental on house or apartment:____________________

B. Monthly mortgage payments on house:____________________

Amount of equity in house:____________________

C. Monthly mortgage payments on other properties: $ ____________

Amount of equity in other properties: $____________________

D. Household expenses:

Monthly grocery expense:______________________________

Monthly utilities:

Gas:______________________________________

Electric:__________________________________

Water:____________________________________

Other: (Specify) ____________________________

E. Other debts and miscellaneous monthly expenses:

| TO WHOM OWED AND FOR WHAT REASON INCURRED? | MONTHLY PAYMENTS | BALANCE DUE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## V. OTHER INFORMATION PERTINENT TO FINANCIAL STATUS

**(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).**

Homeless Staying @ Shelters
Kansas address where my mother lives.

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

Signature of Plaintiff

VERIFICATION

State of Missouri )
)
County of Jackson )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this _____ day of ____________, 20 ___

Notary Public

My Commission Expires