| | | |
|---|---|---|
| Plaintiff | ( | honorable judge |
| Jacob Dunham | ( | Brian C Wimes |
| Vs | ( | Missouri Western District Court |
| Defendant | ( | 440 Civil Rights - Other Civil Rights |
| | ( | Cause 28:1983 Civil Rights |
| Bill Gates (C.E.O Microsoft inc.) | ( | Case #: 4:26-cv-01013 |

**Motion to compel emergency relief from the federal bureau of investigations**

**I Jacob Dunham pro se attorney for the plaintiff do herby ask this court to compel emergency relief in the form of a formal investigation into the illegal wire tapping and data fraud / misconduct that is currently on going making procuring proper council and holding onto or presenting evidence in this case impossible. I ask for this relief do to the action being taken by the current threat actors violates my civil rights and state it is outside the bounds of fair practices. The current resources and affiliations being utilized to hamper proper investigation and litigation of my lawsuits has compromised my personal safety damaged personal property and shaken my current mental condition. To ask me to continue this process pro se without relief or injunction is a mockery of the process and be littles the justice system as a whole. I pray this court take immediate action to compel full cooperation from the United States Attorney general's office so that due process of litigation can take place and proper proceedings can be observed, as is due to all us citizens. I offer the accompanying evidence as prof of evidence tampering and false statements made by law enforcement in this matter and ask that this court take the threat to my life and the safety of my children as ligament and order relief.**

**Attourney signature :** Jacob Dunham

**Printed name:** Jacob Dunham

**Date:** 11/10/2026

RECEIVED
2026 NOV 10 AM 11:22
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

Picture taken @ Aproximatly 5:30pm ON Day of the accident I Spoke with the Suposed Driver @ 10:30pm the same day and was told she passed away at 11pm on scene of this crash the time line and obviouse Daylight In the picture makes law enforcement Account of the Events AN obvious lie Also. The vehicle was towed to salvage the night of the Accident makeing this AN Impossible time line of Events And Supports My motion for Immediate Relief and Federal Investigation.



I Hate that the only thing
that Ever really changes IN my
life IS that Everyone IS today
1 more day stuck to a lie of
how this all began and unable to
Speak there truth of wanting to be
with someone else all the time
anybody Else that keeps them as
Far away from the Search light of
abuse that is my everyday reality
while trying to maintain there employment
which is to my best guess hurting
Jacob Dunham in as many ways as
can be gotten away with while lieing
As a group that its happening.
Why the lie? @ this Point
there are so many Participants
there Is no one left to decieve
Just a lot of People who shouldnt
Be able to look me IN the
eye over the fact that I
have seen my two children
twice IN four years who are
to my Best guess IN danger

Sincerly THE FROZEN KING
Jacob Dunham
[illegible]